UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRSTY FRYER,

                Plaintiff,

        -against-

BARD COLLEGE, et al.,

                Defendants.

**ORDER**

25-CV-02383 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court directed on June 12, 2025, that defendants file an order and stipulation withdrawing their eleventh affirmative defense as discussed at the conference by June 16, 2025 at 5:00 p.m. The Court further directed the parties to meet and confer regarding the statute of limitations issue raised in the twentieth affirmative defense and directed Defendants to, by June 26, 2025, file a letter via ECF advising the Court of the good faith basis for the defense or file an order and stipulation withdrawing the twentieth affirmative defense.

    Nothing has been filed to date.

    Defendants shall comply with the Court's June 12, 2025 directives and as set forth above by **July 2, 2025**.

SO ORDERED:

Dated: White Plains, New York
       June 27, 2025

                                      Hon. Philip M. Halpern
                                      United States District Judge