

June 27, 2025

<u>**VIA ECF**</u>

Hon. Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **Fryer *v. Bard College, et al.*
            Docket No. : 7:25-cv-02383 (PMH)**

Dear Judge Halpern:

    Our firm represents the Defendants in the above-captioned matter. In response to your Order of earlier today, enclosed please find a Stipulation withdrawing the Eleventh Affirmative Defense in our Answer to be So Ordered by Your Honor. With respect to the Twentieth Affirmative Defense, the plaintiff's Second Cause of Action asserts intentional acts, which would be subject to a one-year statute of limitations in New York. The operative acts took place in 2020. Therefore, we believe we have a good faith basis to assert an affirmative defense based upon the statute of limitations and will not be withdrawing this defense.

    We appreciate Your Honor's consideration of our position as set forth above.

                Respectfully submitted,

                **RUTHERFORD & CHRISTIE, LLP**

                David S. Rutherford

cc: All Parties via e-mail and ECF

800 Third Avenue
9th Floor
New York, NY 10022-7649

T: (212) 599-5799 | F: (212) 599-5162
www.RutherfordChristie.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KIRSTY FRYER,

                              Docket No.: 25-CV-2383 (PMH)

                      Plaintiff,      **STIPULATION**

   -against-

BARD COLLEGE et al.,

                      Defendant.
-------------------------------------------------------------X

    It is hereby stipulated by and between the parties that the Eleventh Affirmative Defense asserted in the Answer of Defendants BARD COLLEGE and BARD COLLEGE AT SIMON'S ROCK that the court has not acquired <u>in personam</u> jurisdiction over the answering defendants based upon improper service of process is hereby withdrawn with prejudice.

Dated: New York, New York
       June 27, 2025

LAW OFFICES OF GEOFFREY MUELLER      RUTHERFORD & CHRISTIE, LLP

By:   /s/Gregory J. Irwin                  By: _____
     Gregory J. Irwin, Esq.                    David S. Rutherford, Esq.
     *Attorneys for Plaintiff*                    *Attorneys for Defendants*
     366 Kinderkamack Road                800 Third Avenue, 9th Floor
     Westwood, New Jersey 07675           New York, New York 10022
     (201) 569-2553                               (212) 599-5799 T
     girwin@gdm-law.com                      dsr@rutherfordchristie.com

SO ORDERED:

_____
Philip M. Halpern, U.S.D.J.