UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KIRSTY FRYER,

                                                      Docket No.: 25-CV-2383 (PMH)

                              Plaintiff,            **STIPULATION**

   -against-

BARD COLLEGE et al.,

                             Defendant.
-----------------------------------------------------------X

     It is hereby stipulated by and between the parties that the Eleventh Affirmative Defense asserted in the Answer of Defendants BARD COLLEGE and BARD COLLEGE AT SIMON'S ROCK that the court has not acquired <u>in personam</u> jurisdiction over the answering defendants based upon improper service of process is hereby withdrawn with prejudice.

Dated: New York, New York
         June 27, 2025

| LAW OFFICES OF GEOFFREY MUELLER | RUTHERFORD & CHRISTIE, LLP |
|---|---|
| By:   /s/Gregory J. Irwin<br>      Gregory J. Irwin, Esq.<br>      *Attorneys for Plaintiff*<br>      366 Kinderkamack Road<br>      Westwood, New Jersey 07675<br>      (201) 569-2553<br>      girwin@gdm-law.com | By: _____<br>      David S. Rutherford, Esq.<br>      *Attorneys for Defendants*<br>      800 Third Avenue, 9th Floor<br>      New York, New York 10022<br>      (212) 599-5799 T<br>      dsr@rutherfordchristie.com |

SO ORDERED:

_____
Philip M. Halpern, U.S.D.J.

Dated:  White Plains, New York
         June 30, 2025